BAREFOOT v. FINANCIAL SERVICES OF RALEIGH, INC.

No. 303P98

Case below: 129 N.C.App. 646

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

BEAVER v. CITY OF SALISBURY

No. 394PA98

Case below: 130 N.C.App. 417

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.